UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD J. CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. LOPEZ, DEBBIE ASUNCION, DANIEL SANCHEZ, M. CONTRERAS, and JOSEPH C. DOLIHITE,<br><br>    Defendants. | Case No. 1:22-cv-00922-ADA-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 26)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 27)<br><br>AUGUST 14, 2023 DEADLINE |

    Pending before the Court are Plaintiff Richard J. Crane's Motions for Extension of Time constructively filed on July 9, 2023.[1] (Doc. Nos. 26, 27). Plaintiff seeks a 30-day extension of time to file objections to the Court's June 29, 2023 Order striking an improper pleading (Doc. No. 26) and a 30-day extension of time to file objections to the Court's June 29, 2023 Findings and Recommendations ("F&R") to deny Plaintiff's motion to remand (Doc. No. 27). Plaintiff asserts he needs additional time because online legal research tools were unavailable at his institution when he was given access to the law library, and an extension of time will give him priority access to complete his research. (*Id.* at 2).

---

[1] Although docketed on July 12, 2023, the Court affords Plaintiff, a prisoner, the benefit of the mailbox rule and deems the motions filed on the date he certifies he delivered to motions correctional officials for mailing.

1

1 The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant both extensions. Plaintiff must deliver his objections to both Orders to correctional officials no later than August 14, 2023.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's motion for extension of time (Doc. No. 26) is GRANTED to the extent Plaintiff must deliver his objections to the Court's June 29, 2023 Order striking an improper pleading to correctional officials for mailing no later than August 14, 2023.

2. Plaintiff's motion for extension of time (Doc. No. 27) is GRANTED to the extent Plaintiff must deliver his objections to the Court's June 29, 2023 Findings and Recommendations to correctional officials for mailing no later than August 14, 2023.

Dated: July 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE