UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CRANE., <br><br> Plaintiff, <br><br> v. <br><br> G. LOPEZ, et al., <br><br> Defendants. | No. 1:22-cv-00922-ADA-HBK (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO REMAND <br><br> (ECF No. 25) |

Plaintiff Richard Joseph Crane is proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2023, the Magistrate Judge filed findings and recommendations, recommending that the Court deny Plaintiff's motion to remand. (ECF No. 25.) The Magistrate Judge granted Plaintiff two extensions of time to file objections to the findings and recommendations, with a final deadline of September 18, 2023. (ECF Nos. 28, 35). To date, no party has filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendation are supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations issued on June 29, 2023, (ECF No. 25), are adopted in full;
2. Plaintiff's motion to remand, (ECF No. 9), is denied; and
2. The case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  October 25, 2023

_____
UNITED STATES DISTRICT JUDGE

2