UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>    Plaintiff,<br><br>    v.<br><br>G. LOPEZ. et al.,<br><br>    Defendants. | Case No. 1:22-cv-00922-KES-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 68)<br><br>MAY 6, 2024 DEADLINE |

    Pending before the Court is Plaintiff's motion for extension of time filed on April 4, 2024. (Doc. No. 68). Plaintiff seeks a thirty (30) day extension of time to filed objections to the undersigned's March 33, 2024 Findings and Recommendations. (*Id*. at 2). Plaintiff requires an extension of time due to his incarcerated status and limited access to the prison law library. (*Id*.).

    The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant an extension.

    Accordingly, it is hereby **ORDERED**:

    1. Plaintiff's motion for extension of time (Doc. No. 68) is GRANTED.

    2. Plaintiff shall deliver his objections to the undersigned's March 22, 2024 Findings and

1

Recommendations to correctional officials for mailing **no later than May 6, 2024**.

Dated:   April 5, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE