UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE,<br><br>Plaintiff,<br><br>v.<br><br>G. LOPEZ, et al.,<br><br>Defendants. | Case No. 1:22-cv-00922-JLT-HBK (PC)<br><br>CLERK TO CLOSE CASE BASED UPON PLAINTIFF'S VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No. 70) |

On April 29, 2024, Plaintiff filed a Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 70, "Notice"). The Notice, signed and dated by Plaintiff on April 24, 2024, directs this action be dismissed without prejudice. (*Id*.). The Notice follows the Court's March 22, 2024, Findings and Recommendations to dismiss the case for failure to state a cognizable federal claim. (Doc. No. 67, "F&R"). As of the date on this Order, the district court has not ruled on the pending F&R. Additionally, no defendant has filed an answer nor a motion for summary judgment. Thus, Plaintiff may voluntarily dismiss this action by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby **ORDERED**:

The Clerk of Court is directed to vacate all deadlines and **CLOSE** this case to reflect

Plaintiff's Notice of Voluntary Dismissal without prejudice consistent with Fed. R. Civ. P. 41(a)(1)(A)(i) (Doc. No. 70).

Dated:   May 1, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2